IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
|  | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 26-mj-141 DTS |
|  | Date: February 5, 2026 |
| Kyle Wagner, | Courthouse: Minneapolis |
|  | Courtroom: 9W |
| Defendant. | Time Commenced: 2:19 p.m. |
|  | Time Concluded: 2:32 p.m. |
|  | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Eaton Brown, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
     X FPD     X To be appointed

    X Advised of Rights

on   X Complaint
X Date charges or violation filed: 2/3/2026
X Current Offense: cyberstalking; interstate communications
X **Charges from other District:** Eastern District of Michigan
X Title and Code of underlying offense from other District: 18:2261A(2)
X Case no:

X Government moves for a detention hearing.    X Granted.

Detention and preliminary hearing immediately to follow this hearing, see separate minutes.


X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                             s/ jam
                                                                 Signature of Courtroom Deputy