IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Kyle Wagner,<br><br>           Defendant, | **COURT MINUTES - CRIMINAL**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. MAGISTRATE JUDGE<br><br>Case No:        26-mj-141 DTS<br>Date:          February 5, 2026<br>Courthouse:    Minneapolis<br>Courtroom:     9W<br>Time Commenced:  2:32 p.m.  3:40 p.m.<br>Time Concluded:   3:30 p.m.  3:50 p.m.<br>Time in Court:    1 hour 12 minutes |

X **PRELIMINARY HEARING**
X **DETENTION HEARING**
       Time in Court Preliminary/Detention: 1 hour/12 minutes

APPEARANCES:

Plaintiff: Eaton Brown, Assistant U.S. Attorney
Defendant: Lisa Lopez
              X FPD

On   X Complaint

X **Charges from Eastern District of Michigan**

X Defendant Ordered Detained. Government to submit proposed order.

X Commitment to Another District to be Issued.

Additional Information:

                                                                     s/ jam_____
                                                                 Signature of Courtroom Deputy