# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 26-mj-141 DTS |
| Plaintiff, | |
| v. | **ORDER OF REMOVAL** |
| Kyle Wagner, | |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge on February 5, 2026. Defendant waived the identity and removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Eastern District of Michigan, and he is ordered removed to that district for further proceedings.

Dated: February 6, 2026               *s/David T. Schultz*
                                                David T. Schultz
                                                United States Magistrate Judge